June 8, 2015

Doris Fontenot
14980 Mildale Road
Zachary, LA 70791
Phone 225-654-4392
E-Mail dorisnell1949@yahoo.com

FILED IN COURT OF APPEALS
12th Court of Appeals District
JUN 11 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, TX 75702

In the Matter of the Marriage of
Jimmie Fontenot and Doris Fontenot
Case Number 12-15-00110-CV
Trial Court Case Number 14-1726-E

1- Rule governing this request is
                    10.1 (a)
     9.5 (a) (b) (c) (d) (e)

2- Grounds for Motion- On April 27, 2015
   I received notice that my Notice
   of Appeal was not complete. I
   read the Rules again and discovered
   I had not mailed it Certified RRR
   to Smith County Courthouse. I took care
   of this May 21, 2015 and I believed
   that my Notice of Appeal was complete.
   I now realize that I should have
   included a Certification of Service.

3- I am requesting a rehearing, asking
   the court to reconsider it's
   dismissal of my case

4) I received notice of my appeal being
   dismissed due to incorrect notice
   of appeal June 3, 2015.

Doris Fontenot

Certification of Service:

June 8, 2015 - mailed Certified
        Return Receipt Requested

1) Twelfth Court of Appeals
   1517 West Front Street, Suite 354
   Tyler, TX    75702

2) Smith County Courthouse
   100 N. Broadway
   Tyler, TX    75702

3) Jimmie Fontenot
   18864  Peachtree Lane
   Lindale, TX    75771


Doris Fontenot
Doris Fontenot